IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:25-CR-00106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | MOTION TO WITHDRAW |
| | ) | |
| | ) | |
| ANTIONETTE ROUSE | | |

NOW COMES, Habekah B. Cannon, who files this Motion to Withdraw in the above captioned matter for the reason set forth below.

1. On May 22, 2025, Defendant was indicted and charged with violations of 18 USC §§1343 and 1349.
2. On May 23, 2025 Defendant appeared for her initial appearance on Friday, May 23, 2025.
3. Defendant has stated that she would like to request court appointed counsel.
4. Defendant prays this court will allow her to complete an affidavit of indigency.
5. Current counsel for the defendant is unavailable for medical reasons until August 11, 2025 and requests that this court address this matter after said date.

For the reasons set forth above, we respectfully ask this Court to allow Attorney Habekah Cannon and The Law Office of Habekah B. Cannon, PLLC to withdraw.

Respectfully submitted the 31st day of July, 2025.

/s/Habekah B. Cannon
Bar Number:53007
Law Office of Habekah B. Cannon, PLLC
301 McCullough Drive, Suite 400
Charlotte, NC 28262
Tel: (980) 430-1156
H.cannonesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, the foregoing document was served electronically through ECF filing upon the U.S. Attorney's Office using the CM-ECF system, which sends notice of such filing to all registered CM/ECF users.

/s/Habekah B. Cannon
Bar Number:53007
Law Office of Habekah B. Cannon, PLLC
301 McCullough Drive, Suite 400
Charlotte, NC 28262
Tel: (980) 430-1156
H.cannonesq@gmail.com